# THE PACKARD LAW FIRM

1100 NW Loop 410, Suite 104, San Antonio, TX  78213
Phone: (210) 340-8877    Fax: (210) 951-9020

Daniel W. Packard*                                                                                       Michael J. Packard
*Board Certified –Personal Injury Trial Law                                                   Samuel W. Packard
Texas Board of Legal Specialization

October 10, 2019

Mark Whiteman                                                                                                    via CMRRR
Allstate
PO Box 660636
Dallas, TX 75266

Re:   My Client/Your Insured:   Glenda Collins
      Date of Incident:          10/10/2018
      Claim Number:              0520901067
      Defendant:                 Lovella Talley

## SETTLEMENT DEMAND

Dear Mr. Whiteman,

This is to provide our policy limits demand to settle the above referenced claim. Glenda has damages that far exceed what is available through the liability carrier and also through this UIM policy. I have a settlement offer for policy limits ($50,000.00) from the liability insurance carrier, and I ask permission to settle with them. The adjuster assigned to the liability claim is Zach Tovrea, and she can be reached at (515) 508-2934.

**Liability**

| Liability | Clear and Accepted |
|---|---|
| Comparative Negligence | 0% |

On October 10, 2018, the defendant was exiting a shopping center near the intersection of Walzem Road and Austin Highway when she pulled onto Walzem Road into oncoming traffic. She apparently did not see my client (Glenda) approaching and crashed into the driver side of Glenda's vehicle. Thus, liability is clear.

**Claimant Demographics**

| DOB: 10/18/1967 | Height: 5 ft. 3 in. |
|---|---|
| Gender: Female | Weight: 192 lbs. |

[1]

# EXHIBIT A

## Summary

Current Medical Specials: $35,337.76
Property Damage: $ 4,188.65

First Date of Treatment: 10/12/2018

General Area of Injuries: Neck and Back

ICD9 Injury Codes: S29.019A, S66.912A, S23.3XA, S63.502A, V89.2XXA, S39.012A, S53.401A, S33.5XXA, S59.901A, M54.2, M50.20, R51, S16.1XXD, S13.9XXA, S13.4XXA, S16.1XXA, S13.0XXA, S33.0XXA, S63.501A, S66.811A, S66.812A, M54.12, V43.52XA, M54.5, M50.223, M47.892, M47.893, M47.812, M47.813, M54.13, Z51.81, M50.122, M50.123

CPT Treatment Codes: 99204, 99214, 99203, 97010, 97014, 97140, A4556, 99212, 97110, 72148, 72141, 62321, 64490, 644941, 64492, 80307, 99213, 99205

## Prior/Subsequent Injuries

Glenda is an eggshell plaintiff. Since before this collision, she has suffered from spondylosis arthritis and bulging discs in her lumbar spine, however she has no previous complaints of significant pain in her cervical spine. In fact, while a lumbar MRI taken in 2016 resulted in positive findings, a cervical MRI taken around the same time revealed no disc bulges or herniations. Glenda has received pain management treatment for her lumbar spine for the past several years and has managed to keep her pain levels under control. As such, it is clear that Glenda's injuries to her cervical spine and the aggravations to her lumbar spine are injuries that directly result from the collision caused by the defendant.

## Injuries & Treatment

*Duration of Treatment: 10/12/2018 – 05/03/2019*

Non-Demonstrable Injuries:

Cervical IVD displacement, lumber IVD displacement, cervical disc disorder at C5-6 with radiculopathy, cervical disc disorder at C6-7 with radiculopathy, cervical radiculopathy, cervicalgia, cervical sprain, thoracic sprain, left wrist sprain, lumbar sprain, right elbow sprain, right wrist sprain, thoracic strain, left wrist strain, lumbar strain, cervical spondylosis, cervicothoracic spondylosis, spondylosis without radiculopathy, right elbow injury, headaches, cervical strain, right wrist strain, myalgia, low back pain.

**Injuries & Treatment, Continued**

| Diagnoses | ICD Code | Diagnosing Provider | Last Date Noted |
|---|---|---|---|
| Thorax Strain | S29.019A | Dr. Hugo Rojas<br>Dr. Samuel Moya | 10/12/2018<br>01/31/2019 |
| Left Wrist Strain | S66.912A | Dr. Hugo Rojas | 10/12/2018 |
| Thoracic Sprain | S23.3XXA | Dr. Hugo Rojas<br>Dr. Samuel Moya | 10/12/2018<br>01/31/2019 |
| Left Wrist Sprain | S63.502A | Dr. Hugo Rojas<br>Dr. Samuel Moya | 10/12/2018<br>01/31/2019 |
| Lumbar Strain | S39.012A | Dr. Hugo Rojas<br>Dr. Samuel Moya | 10/12/2018<br>01/31/2019 |
| Right Elbow Sprain | S53.401A | Dr. Hugo Rojas<br>Dr. Samuel Moya | 10/12/2018<br>01/31/2019 |
| Lumbar Sprain | S33.5XXA | Dr. Hugo Rojas<br>Dr. Samuel Moya | 10/12/2018<br>01/31/2019 |
| Right Elbow Injury | S59.901A | Dr. Hugo Rojas | 10/12/2018 |
| Cervicalgia | M54.2 | Dr. Hugo Rojas<br>Dr. Yurii Borshch | 01/07/2019<br>02/15/2019 |
| Cervical Disc Displacement | M50.223<br>M50.20 | American Health Imaging<br>Dr. Hugo Rojas | 11/09/2018<br>02/08/2019 |
| Headache | R51 | Dr. Hugo Rojas | 01/07/2019 |
| Cervical Strain | S16.1XXA<br>S16.1XXD | Dr. Samuel Moya<br>Dr. Hugo Rojas | 01/31/2019<br>02/08/2019 |
| Cervical Sprain | S13.9XXA<br>S13.4XXA | Dr. Samuel Moya<br>Dr. Hugo Rojas | 01/31/2019<br>02/08/2019 |
| Cervical IVD Displacement | S13.0XXA | Dr. Samuel Moya | 01/31/2019 |
| Lumbar IVD Displacement | S33.0XXA | Dr. Samuel Moya | 01/31/2019 |
| Right Wrist Sprain | S63.501A | Dr. Samuel Moya | 01/31/2019 |
| Right Wrist Strain | S66.811A | Dr. Samuel Moya | 01/31/2019 |
| Left Wrist Strain | S66.812A | Dr. Samuel Moya | 01/31/2019 |
| Cervical Radiculopathy | M54.12 | Dr. Yurii Borshch<br>Dr. Samuel Moya | 02/15/2019<br>01/31/2019 |
| Cervicothoracic Radiculopathy | M54.13 | Dr. Yurii Borshch | 02/15/2019 |
| Low Back Pain | M54.5 | Premier Medical Imaging | 10/18/2018 |
| Cervical Spondylosis | M47.892 | Dr. Yurii Borshch | 03/29/2019 |
| Cervicothoracic Spondylosis | M47.893 | Dr. Yurii Borshch | 03/29/2019 |
| Spondylosis w/o radiculopathy | M47.812<br>M47.813 | Dr. Yurii Borshch | 03/29/2019 |
| Cervical Disc Disorder at C5-6 with Radiculopathy | M50.122 | Dr. Hongbo Liu | 05/03/2019 |
| Cervical Disc Disorder at C6-7 with Radiculopathy | M50.123 | Dr. Hongbo Liu | 05/03/2019 |

*Treatment Timeline:*

| Provider | # of Tx | Last Tx Date |
|---|---|---|
| Hugo Rojas, MD | 3 | 02/08/2019 |
| Samuel Moya, DC | 21 | 01/31/2019 |
| Premier Medical Imaging | 1 | 10/18/2018 |
| American Health Imaging | 1 | 11/09/2018 |
| Yuri Borshch, MD* | 5 | 03/29/2019 |
| Injury and Health Institute | 3 | 03/15/2019 |
| Hongbo Liu, MD* | 1 | 05/03/2019 |

*\*Please note that Dr. Yurii Borshch is a specialist, board certified in anesthesiology, and Dr. Hongbo Liu is a specialist, board certified in orthopedic surgery.*

*History of Complaints:*

| Symptom | Provider | Last Date Noted |
|---|---|---|
| Right Wrist Pain | Dr. Hugo Rojas | 10/12/2018 |
| Right Elbow Pain | Dr. Hugo Rojas<br>Dr. Samuel Moya | 10/12/2018<br>01/31/2019 |
| Left Hand Pain | Dr. Hugo Rojas | 10/12/2018 |
| Right Arm Pain | Dr. Hugo Rojas | 10/12/2018 |
| Lumbar Pain | Dr. Hugo Rojas<br>Dr. Yurii Borshch<br>Dr. Samuel Moya | 10/12/2018<br>11/30/2018<br>01/31/2019 |
| Neck Stiffness | Dr. Hugo Rojas | 10/12/2018 |
| Cervical Pain | Dr. Hugo Rojas<br>Dr. Samuel Moya<br>Dr. Yurii Borshch<br>Dr. Hongbo Liu | 01/07/2019<br>01/31/2019<br>03/29/2019<br>05/03/2019 |
| Nausea | Dr. Hugo Rojas | 01/07/2019 |
| Weakness | Dr. Hugo Rojas | 01/07/2019 |
| Left Arm Pain | Dr. Hugo Rojas | 01/07/2019 |
| Balance Dysfunction | Dr. Hugo Rojas | 01/07/2019 |
| Limited Range of Motion: Cervical | Dr. Samuel Moya<br>Dr. Hugo Rojas<br>Dr. Yurii Borshch<br>Dr. Hongbo Liu | 01/31/2019<br>02/08/2019<br>03/29/2019<br>05/03/2019 |
| Limited Range of Motion: Lumbar | Dr. Hugo Rojas<br>Dr. Samuel Moya | 10/12/2018<br>01/31/2019 |
| Limited Range of Motion: Thoracic | Dr. Samuel Moya | 01/31/2019 |
| Limited Range of Motion: Extremities | Dr. Samuel Moya | 01/31/2019 |
| Headaches | Dr. Samuel Moya<br>Dr. Hugo Rojas<br>Dr. Hongbo Liu | 01/31/2019<br>02/08/2019<br>05/03/2019 |
| Thoracic Pain | Dr. Samuel Moya | 01/31/2019 |
| Wrist Pain (Both) | Dr. Samuel Moya | 01/31/2019 |
| Muscle Spasms: Thoracic | Dr. Samuel Moya | 01/31/2019 |
| Muscle Spasms: Lumbar | Dr. Samuel Moya | 01/31/2019 |
| Muscle Spasms: Extremities | Dr. Samuel Moya | 01/31/2019 |
| Muscle Spasms: Cervical | Dr. Samuel Moya<br>Dr. Hugo Rojas | 01/31/2019<br>02/08/2019 |
| Numbness: Right Hand | Dr. Samuel Moya | 01/31/2019 |
| Numbness: Left Hand | Dr. Samuel Moya | 01/09/2019 |
| Leg Pain | Dr. Samuel Moya | 01/14/2019 |
| Shoulder Pain | Dr. Samuel Moya | 01/14/2019 |
| Sacral Pain | Dr. Samuel Moya | 11/16/2018 |
| Sacroiliac Pain | Dr. Samuel Moya | 11/16/2018 |
| Stress | Dr. Samuel Moya | 10/26/2018 |
| Radicular Pain: Upper Extremity | Dr. Samuel Moya | 10/17/2018 |
| Anxiety | Dr. Yurii Borshch<br>Dr. Hongbo Liu | 03/29/2019<br>05/03/2019 |
| Numbness and Joint Pain | Dr. Yurii Borshch<br>Dr. Hongbo Liu | 03/29/2019<br>05/03/2019 |
| Fatigue | Dr. Yurii Borshch | 03/29/2019 |
| Radiating Pain: Cervical | Dr. Hongbo Liu | 05/03/2019 |
| Weakness: Right Hand | Dr. Hongbo Liu | 05/03/2019 |

*Therapies:*

| Therapy | Duration | Provider | Last Date Noted |
|---|---|---|---|
| Therapeutic Exercises | Prolonged | Dr. Samuel Moya | 01/28/2019 |
| Electrical Muscle Stimulation | Prolonged | Dr. Samuel Moya | 01/25/2019 |
| Manual Therapies | Prolonged | Dr. Samuel Moya | 01/23/2019 |
| Hot/Cold Packs | Prolonged | Dr. Samuel Moya | 01/23/2019 |
| Electrodes | Short-Term | Dr. Samuel Moya | 10/17/2018 |
| Home Exercise Program | - | Dr. Hongbo Liu | 05/03/2019 |

*Pain Management:*

| Treatment Type | Provider | Last Chart Date | # of Injections | Solution Used |
|---|---|---|---|---|
| Cervical Facet Medial Branch Block | Dr. Yurii Borshch | 03/15/2019 | 1 | - |
| Cervical Epidural Steroid Injection | Dr. Yurii Borshch | 03/15/2019 | 3 | 12 mg Betamethazone |

*Prescribed Medication:*

| Medication Type | Prescribing Provider | First Date Filled | Last Date Filled |
|---|---|---|---|
| Tizanidine 4 mg | Dr. Hugo Rojas | 10/12/2018 | 12/14/2018 |
| Methocarbam Tab 500 mg | Dr. Hugo Rojas | 01/07/2019 | 01/07/2019 |
| Methocarbam Tab 750 mg | Dr. Hugo Rojas | 02/08/2019 | 04/11/2019 |
| Lidocaine Pad 5% | Dr. Hugo Rojas | 01/07/2019 | 04/18/2019 |
| Ibuprofen 800 mg | Dr. Hugo Rojas | 01/07/2019 | 03/20/2019 |

*Objective Testing:*

| Test Type | Test Result | Ordering Provider | Date Noted |
|---|---|---|---|
| MRI: Lumbar | Positive* | Dr. Hugo Rojas | 10/18/2018 |
| MRI: Cervical | Positive* | Dr. Samuel Moya | 11/09/2018 |

*The lumbar MRI revealed a 3.0 mm disc bulge flattening the thecal sac at L3-4, a 3.0 mm disc bulge flattening the thecal sac at L4-5, and a 3.0 mm subarticular disc herniation impinging upon the right S1 nerve root at L5-S1.

*The cervical MRI revealed a 3.0 mm subligamentous disc herniation indenting the thecal sac at C2-3, a 3.0 mm subligamentous disc herniation indenting the thecal sac at C5-6, and a 3.0 mm left parasagittal and foraminal disc herniation flattening the thecal sac with impingement on the left C7 nerve root at C6-7.

*Referrals:*

| Referring Provider | Referral Type | Date of Referral |
|---|---|---|
| Dr. Hugo Rojas | MRI: Lumbar | 10/12/2018 |
| Dr. Hugo Rojas | Pain Management | 10/12/2018 |
| Dr. Hugo Rojas | Physical Therapy | 10/12/2018 |
| Dr. Samuel Moya | Psychology | 10/26/2018 |
| Dr. Samuel Moya | MRI: Cervical | 10/26/2018 |

### Duties Under Duress

Despite these injuries and pain symptoms, Glenda continues to perform some of her domestic and household duties. Prior to this collision, Glenda was responsible for taking care of her family and their home. Once the wreck occurred, she found that activities such as washing dishes, washing the car, vacuuming, and cleaning cause her severe pain. Although her family has stepped up to assist her with some of these tasks, Glenda is still responsible for the majority of the chores, and she must continue to complete them despite the pain she experiences.

In addition to the chores around her house, Glenda has also reported that driving causes her severe anxiety and sometimes results in panic attacks. However, in order to make it to her doctor's appointments and take care of her family, Glenda must continue to drive. As a result, we are making a claim for past and future duties under duress for domestic and household duties, as well as driving. It is likely that Glenda will continue to experience physical and psychological pain while completing these tasks for the next 8 months while her injuries continue to heal. At $2,000 per month for the past 10 months and $1,000 per month for the next 8 months, reasonable compensation for Glenda's duties under duress totals to $28,000.

### Loss of Enjoyment of Life

Because of the injuries she sustained in this collision, Glenda now suffers from impaired function and daily pain, and has suffered a loss of enjoyment in many areas of her life. For example, she loves to read and do artwork. However, since this collision occurred, Glenda's neck injuries make looking down at a book or a canvas painful, and she does not engage in these activities as often as she used to. Additionally, Glenda used to love working out, however she has stopped this because the exercise movements strain her neck and aggravate her pain symptoms.

Glenda has also reported a decrease in physical intimacy and social activities since this wreck occurred. Not only do her injuries cause physical pain and fatigue, having to go to multiple doctor's appointments leaves her mentally exhausted and stressed, making physical intimacy difficult and painful. As such, we are making a claim for past and future loss of enjoyment of life. At $3,000 per month for the past 10 months and $1,000 per month for the next 8 months, reasonable compensation for the loss of enjoyment of life Glenda has endured totals to $38,000.

**Medical Expenses**

As a result of this collision, Glenda was treated and incurred the medical expenses described below. I have enclosed a copy of the bills and treatment records for your review.

| Name | Amount |
|---|---:|
| Family Clinics of San Antonio | $500.00 |
| Axis Chiropractic & Rehab | $3,015.00 |
| Premier Medical Imaging | $1,500.00 |
| Key Health - AccidentMeds | $5,497.76 |
| American Health Imaging | $2,225.00 |
| Injury and Health Institute | $18,800.00 |
| Dr. Hongbo Liu | $1,000.00 |
| Precision Spine and Pain Management | $2,800.00 |
| **Sub-Total:** | **$35,337.76** |

In addition to these medical expenses, Glenda will require future medical treatment for the injuries she sustained in this collision. Due to her lack of improvement through conservative measures and epidural steroid injections, Dr. Hongbo Liu recommended she receive a two-level anterior cervical discectomy and fusion at C5-6 and C6-7. He estimated the cost of the surgery to be $369,511, including the cost of post-surgical rehabilitation. Therefore, reasonable compensation for the medical expenses Glenda has incurred amounts to $404,848.76.

**Pain and Suffering**

Glenda's injuries have caused her significant pain and suffering and have negatively affected her daily life. She is in constant pain from her neck injuries, and she will require many more months of uncomfortable, and even painful, medical treatment to resolve these injuries. Additionally, Glenda has experienced a decrease in quality of life and finds it difficult to engage in many of the activities that she used to love, including artwork, reading, physical intimacy, and fitness. This portion of the damages is difficult to calculate at this stage of her treatment. However, the pain and suffering portion alone has a value that is many multiples of the policy limits under her insurance policy.

**Demand**

As you are aware, you have an ethical and fiduciary duty to do right by your insured when they are in their greatest moment of need. As the adjusting representative responsible for helping your insured, we ask that you assist Glenda in any form so that she may take advantage of their benefits under the agreement she made with Allstate. She was promised that she would be in good hands. Please honor that promis.

Even when taking into consideration the settlement with the liability carrier, Glenda's damages greatly exceed the policy limits. Notwithstanding, we are willing to settle for policy limits. We will provide 31 days for you to review and evaluate this claim. If you do not comply with our demand within 31 days,

our demand will expire and we will proceed with litigation. If we proceed with litigation, we will seek the full amount of her injuries and damages without regard to the policy limits. Additionally, we will pursue compensation for reasonable attorneys fees, which recent case law allows for. If you have any questions, please contact my legal assistant, Haley Harvey.

Regards,

Michael J. Packard
Enclosures